FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 20 2026
KEVIN P. WEIMER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TERRI V. LOWE,

Plaintiff,

v.

UNIVERSAL MUSIC GROUP, INC. (UMGI),

Defendant,

MUSIC ROYALTY CONSULTING, INC.; and PARVIZ OMIDVAR

Defendants,

THE AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS ("ASCAP")

Defendant,

CIVIL ACTION NO. 1:26-cv-04506-MHC
Removed from the Superior Court in Douglas County, Civil Action No. 26cv01471

Plaintiff's Application and Request for Clerk's Entry of Default Against Defendant Universal Music Group, Inc. Pursuant to Fed. R. Civ. P. 55(A)

JUDGE MARK H. COHEN

---

**PLAINTIFF'S APPLICATION AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT UNIVERSAL MUSIC GROUP, INC. PURSUANT TO FED. R. CIV. P. 55(a)**

---

**COMES NOW** Plaintiff Terri V. Lowe, appearing pro se, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully applies to the Clerk of the Court for an Entry of Default against Defendant Universal Music Group, Inc. ("UMG") for failure to plead or otherwise defend in this action within the time prescribed by law, showing the Clerk as follows:

1. Operative Pleading and Complete Service: On October 2, 2026, Plaintiff filed her First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) (ECF 41). Contemporaneously on October 2, 2026, Plaintiff served ECF 41, Administrative Motion to Correct Civil Cover Sheet (ECF 42), and Master Exhibits A–WW by electronic mail on UMG's counsel of record, Vernon M. Strickland, Esq. (vstrickland@stricklanddebrow.com), pursuant to the parties' written consent under Fed. R. Civ. P. 5(b)(2)(E); service was complete upon sending.
2. Mandatory Response Deadline Under Rule 15(a)(3): Because the First Amended Complaint (ECF 41) is the operative pleading in this action, Defendant UMG's response was due within 14 days after service pursuant to Fed. R. Civ. P. 15(a)(3). The mandatory response period under Rule 15(a)(3) expired on Friday, October 16, 2026.*

3. Failure to Plead or Defend: As established by the attached Declaration of Terri V. Lowe pursuant to 28 U.S.C. § 1746, Defendant UMG has not filed an Answer, has not filed a Rule 12 motion directed to the First Amended Complaint, has sought no extension of time under Rule 6(b)(1)(A), and has completely failed to plead or otherwise defend within the time required by law.

**WHEREFORE,** the conditions prescribed by Fed. R. Civ. P. 55(a) having been satisfied, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant Universal Music Group, Inc. upon the docket of this action.

Respectfully submitted,

Dated: October 20, 2026,

/s/Terri V. Lowe
Pro Se Plaintiff
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com

## RULE 11 CERTIFICATION

I, Terri V. Lowe hereby certify, pursuant to Rule 11 of the Federal Rules of Civil Procedure, that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the foregoing notice and all supporting documents are well grounded in fact and are warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law; that the motion is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; and that the factual contentions have evidentiary support.

## LOCAL RULE 7.1(D) CERTIFICATION

Pursuant to Local Rule 7.1(D), N.D. Ga., I hereby certify that the foregoing document has been prepared in accordance with the font and point selections approved by the Court in Local Rule 5.1(C), specifically using Times New Roman (14 point).

Dated: October 20, 2026,

/s/Terri V. Lowe
Pro Se Plaintiff
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com

## DECLARATION OF TERRI V. LOWE (28 U.S.C. § 1746) IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT (RULE 55(a))

I, Terri V. Lowe, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned civil action, proceeding pro se. I make this Declaration based upon my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.
2. On August 21, 2026, counsel of record for Defendant Universal Music Group, Inc., Vernon M. Strickland, Esq. (vstrickland@stricklanddebrow.com), entered into a mutual written agreement with Plaintiff consenting to electronic service of all pleadings, motions, and exhibits via email pursuant to Fed. R. Civ. P. 5(b)(2)(E).
3. On Friday, October 2, 2026, at 8:05 PM EDT, I completed service of Plaintiff's First Amended Complaint (ECF 41), Administrative Motion to Correct Civil Cover Sheet (ECF 42), and Master Exhibits A–WW by transmitting true and complete copies via electronic mail to Attorney Strickland and all defense counsel of record. A true and correct copy of the electronic transmission confirmation is attached hereto as Exhibit A.
4. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant UMG's responsive pleading to the First Amended Complaint was due within 14 days after service, on or before Friday, October 16, 2026.

5. As of Tuesday, October 20, 2026, at 8:30 AM EDT, I personally searched and reviewed the CM/ECF docket for Civil Action No. 1:26-cv-04506-MHC. Defendant UMG has failed to file an Answer, failed to file any motion under Rule 12, failed to request an extension of time, and has completely failed to plead or otherwise defend in response to the First Amended Complaint.

6. Defendant Universal Music Group, Inc. is a corporate entity and is not an infant, incompetent person, or in the military service within the meaning of the Servicemembers Civil Relief Act.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 20, 2026,

/s/Terri V. Lowe
Pro Se Plaintiff
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com

## CERTIFICATE OF SERVICE

I, Terri V. Lowe hereby certify that on October 20, 2026, I served a copy of the foregoing Plaintiff's Application and Request for Clerk's Entry of Default Against Defendant Universal Music Group, Inc. Pursuant to Fed. R. Civ. P. 55(A)

Upon counsel of record by email pursuant to as follows:

**Defendants Attorneys:**

**Kevin A. Maxim, Esq.**
The Maxim Law Firm, P.C.
1718 Peachtree St., NW, Suite 599
Atlanta, GA 30309
kmaxim@maximlawfirm.com

**Vernon M. Strickland, Esq.**
Strickland Debrow LLP
246 Bullsboro Drive, Suite A
Newnan, GA 30263
Email: vstrickland@stricklanddebrow.com

**Stephen Paul Dunn**
Bodman, PLC
1901 St. Antoine Street
6th Floor
Detroit, MI 48226
Tel.: 248-743-6000
Email: SDunn@bodmanlaw.com

**Marshall D. Long**
Smith, Gambrell & Russell, LLP
1105 West Peachtree Street N.E.,
Suite 1000
Atlanta, Georgia 30309
Telephone: 404-815-3500
Email: mlong@sgrlaw.com

**Colin Đặng Delaney**
Smith, Gambrell & Russell, LLP
1105 West Peachtree Street N.E., Suite 1000
Atlanta, Georgia 30309
Telephone: 404-815-3500
Email: cdelaney@sgrlaw.com

**Richard Reimer**
Lead Attorney
VP Legal Services for ASCAP
250 W. 57th Street
New York, NY 10107
Rreimer@ascap.com

Dated: October 20, 2026,

Respectfully submitted,

/s/Terri V. Lowe

Pro se Plaintiff
Address: 1136 Joslin Path
Douglasville, GA 30134
Phone: 678-822-4593
Email: terrilowe43@gmail.com